## COMMERCIAL CASUALTY INSURANCE CO. v. CONSOLIDATED STONE CO.

Circuit Court of Appeals, Sixth Circuit.
February 13, 1929.

No. 4846.

Davis, Young & Vrooman, of Cleveland, Ohio, and Moore, Barnum & Hammond, of Youngstown, Ohio, for plaintiff in error.

Harrington, DeFord, Huxley & Smith, of Youngstown, Ohio, for defendant in error.

PER CURIAM. Judgment of District Court affirmed, upon authority of opinion of Supreme Court in this matter, filed January 2, 1929, 278 U. S. 177, 49 S. Ct. 98, 73 L. Ed. ——.

## DELANO COAL COMPANY, Inc., Libelant-Appellant, v. Barge BLUE ROCK, Her Tackle, etc., Thomas Monk, Claimant-Appellee.

Circuit Court of Appeals, Second Circuit.
February 5, 1929.

No. 185.

Single & Single, of New York City (William J. Mahar, of New York City, of counsel), for appellant.

William F. Purdy, of New York City, for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree affirmed in open court.

## Carl M. DISTLER, Francis E. Pegram, Sr., and William M. Passapae, Trustees in Bankruptcy of the Civic Center Realty Company, Inc., Appellants, v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellee.

Circuit Court of Appeals, Fourth Circuit.
October 11, 1928.

No. 2769.

James Morfit Mullen, of Baltimore, Md., for appellants.

Randolph Barton, Jr., of Baltimore, Md., for appellee.

PER CURIAM. Case dismissed, under rule 20, per agreement of counsel.

## William DRIEBORG v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit.
December 12, 1928.

No. 5186.

Cornelius Hoffius and Robert J. Quail, both of Grand Rapids, Mich., for appellant.

Edward J. Bowman, U. S. Atty., of Grand Rapids, Mich., for appellee.

PER CURIAM. Judgment of District Court affirmed.

## John FAIRCHILD and Another, Plaintiffs-Appellees, v. FRANKLIN FIRE INSURANCE COMPANY, Defendant-Appellant.

Circuit Court of Appeals, Second Circuit.
February 15, 1929.

No. 228.

Shipman & Goodwin and Walfrid G. Lundborg, all of Hartford, Conn. (George H. Day, of Hartford, Conn., of counsel), for appellant.

William T. Keavney, Jr., and John H. Cassidy, both of Waterbury, Conn., for appellees.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM. Appeal dismissed in open court.